639 A.2d 1169

**William Neil FEILKE, Appellant,**

v.

**Fred W. JACOBS and the Pennsylvania Board
of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Submitted Dec. 6, 1993.

Decided March 24, 1994.

William Neil Feilke, pro se.

Arthur R. Thomas, Harrisburg, for Pa. Bd. of Probation & Parole.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The appeal is hereby dismissed as moot.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.